**Bob BANKS v. STATE. (No. 13098.)**

Court of Criminal Appeals of Texas. Nov. 13, 1929.

A. Q. Mustain, of Aubrey, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for felony theft; punishment, two years in the penitentiary.

We find in this record an application under oath of appellant to have his appeal dismissed. The application is granted.

The appeal is dismissed.